97 A.3d 730

Gregory R. ZAPPALA, Petitioner

v.

CAROSELLI BEACHLER McTIERNAN & CONBOY, William R. Caroselli, Esquire, Timothy Conboy, Esquire, Susan A. Meredith, Esquire, Kelly L. Enders, Esquire, David S. Senoff, Esquire, Lauren C. Fantini, Esquire, Richard C. DeFrancesco, Esquire, Cefalo & Associates, Michael J. Cefalo, Esquire, James J. Albert, Esquire, George G. Oschal, III, Esquire, Karl J. Kwak, Esquire, and Linda L. Bartlett, Esquire, Respondents.

Gregory R. Zappala, Petitioner

v.

Eckert Seamans Cherin & Mellott, LLC, Bridget E. Montgomery, Esquire, David J. Schertz, Esquire, Riker Danzig Scherer Hyland & Perretti, LLP, and Michael P. O'Mullan, Esquire, Respondents.

Gregory R. Zappala, Petitioner

v.

Metzger & Kleiner, Daniel E. Kleiner, Esquire, and Richard G. Freeman, Esquire, Respondent.

Gregory R. Zappala, Petitioner

v.

Anapol Schwartz Weiss Cohan Feldman & Smalley, P.C., Sol H. Weiss, Esquire, Amber M. Racine, Esquire, Adrianne Walvoord, Esquire, Law Office of Barry H. Dyller, Barry H. Dyller, Esquire, Gelb Law Firm, and Johanna L. Gelb, Esquire, Respondents

Gregory R. Zappala, Petitioner

v.

Hangley Aronchick Segal & Pudlin, Daniel Segal, Esquire, Rebecca L. Santoro, Esquire, Juvenile Law Center, Marsha L. Levick, Esquire, and Lourdes M. Rosado, Esquire, Respondents.

Supreme Court of Pennsylvania.

Aug. 6, 2014.

### ORDER

PER CURIAM.

**AND NOW,** this 6th day of August 2014, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Whether the voluntary and unilateral dismissal of Petitioner without prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) was a termination of the underlying proceedings in Petitioner's favor, such that Petitioner could state a claim in a Dragonetti action?

Justices SAYLOR, TODD and McCAFFERY did not participate in the consideration or decision of this matter.